RECEIVED

JUL 0 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Cr. A. No. 02-30019-01** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **FRANKIE GREEN** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Vacate, Set Aside or Reduce Sentence [Doc. No. 46] filed by Defendant Frankie Green is DENIED.

MONROE, LOUISIANA, this 8 day of July, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE